**Vacated and Remanded and Memorandum Opinion filed November 6, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00217-CV

## MCCLINTON ENERGY GROUP, LLC AND SURF-FRAC WELLHEAD COMPANY, INC., Appellants

## V.

## AMERICAN PRODUCTION VALVE, LLC, Appellee

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-43368**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 19, 2018.

On October 26, 2018, appellants filed an unopposed motion to set aside or vacate the judgment and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we vacate the judgment signed February 19, 2018, and we remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Brown.